**EXHIBIT A**

# LEXITAS

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 102010
**Invoice Date:** 07/10/2019
**Payment Terms:** Net 30

**BILL TO:**
Mark Goldsmith
Baird Holm LLP
1700 Farnam St Ste 1500
Omaha, Nebraska 68102-2002
United States

**Case Name:** Gardiner v. Wal-Mart Stores, Inc.
**Witness:** Daniel J. Gardner
**Event Date:** 06/18/2019
**Matter No:** 02548
**Location:** Des Moines, IA

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy | 253 | $746.35 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 60 | $57.00 |
| Reporter Appearance Fee | 1 | $295.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191     1.5% finance charge per month on delinquent balances.     Payment not contingent upon client reimbursement.

**FOR PAYMENT BY CREDIT CARD**

Card Type (please circle)   Visa  /  Mastercard  /  American Express
Card Number _____ CVC _____ EXP _____
Billing Address _____
Name on Card _____
Signature _____

**Total Due**        $1,209.85
**Payments/Credits**    $0.00
**Balance Due**      $1,209.85


Q115171


PAID AUG 1 6 2019

Account #: ▊▊▊▊▊5901  MICR Acct. #: ▊▊▊▊▊5901  Check No.: 298248
Transaction Type: Check   Amount: $1,209.85 Date: 08/20/2019
Sequence Number: 8355084432

Front:

Back:

# I N V O I C E



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208

Questions?  Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 596139 | 10/30/2019 | 264490 |
| **Job Date** | **Case No.** | |
| 10/14/2019 | | |

| Case Name |
|---|
| Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

1 COPY OF TRANSCRIPT OF:
   Michael Noble.     267.00 Pages @ 3.64    **971.88**
   Exhibit     460.00 Pages @ 0.20    **92.00**

   **TOTAL DUE >>>**    **$1,063.88**

****Walmart Rates Applied****

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| (-) Payments/Credits: | 1,063.88 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 31-1763752        Phone: 402-344-0500    Fax:402.344.0588

*Please detach bottom portion and return with payment.*

---

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

Invoice No.   :  596139
Invoice Date  :  10/30/2019
**Total Due**   :  **$ 0.00**

**Remit To:** **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA  16148-0922**

Job No.    :  264490
BU ID      :  Corporate
Case No.   :
Case Name  :  Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al.



# I N V O I C E



**Corporate Headquarters**
1230 West Morehead St., Suite 408
Charlotte, NC 28208

Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 597237 | 11/5/2019 | 264486 |
| **Job Date** | **Case No.** | |
| 10/16/2019 | | |

| Case Name |
|---|
| Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

---

1 COPY OF TRANSCRIPT OF:
   Jennifer Grey                                         152.00  Pages   @    3.64    553.28
        Conference Room                                                           45.00    45.00

**TOTAL DUE >>>    $598.28**

****Walmart Rates Applied****

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---:|
| (-) Payments/Credits: | 598.28 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 31-1763752                                                                                                      Phone: 402-344-0500    Fax:402.344.0588

*Please detach bottom portion and return with payment.*

---

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

Invoice No.   :  597237
Invoice Date  :  11/5/2019
**Total Due**      :  **$ 0.00**

**Remit To:** **Huseby Global Litigation**
              **P.O. Box 6180**
              **Hermitage, PA  16148-0922**

Job No.    :  264486
BU ID     :  Corporate
Case No.  :
Case Name  :  Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al.



# I N V O I C E



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208

Questions?  Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 596592 | 10/31/2019 | 264485 |
| Job Date | Case No. | |
| 10/15/2019 | | |

| Case Name |
|---|
| Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

---

1 COPY OF TRANSCRIPT OF:
   Jeff Curvin.                                72.00 Pages    @    3.64        **262.08**
1 COPY OF TRANSCRIPT OF:
   Scott Reed.                               129.00 Pages    @    3.64        **469.56**

                                                        **TOTAL DUE  >>>              $731.64**

****Walmart Rates Applied****

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

|  |  |
|---|---:|
| **(-) Payments/Credits:** | 731.64 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 31-1763752                                                                                       Phone: 402-344-0500   Fax:402.344.0588

*Please detach bottom portion and return with payment.*

---

Mark Goldsmith, Esq.
Baird Holm, LLP
1700 Farnam St
Ste 1500
Omaha, NE  68102

Invoice No.      :   596592
Invoice Date     :   10/31/2019
**Total Due**    :   **$ 0.00**

Job No.          :   264485
BU ID            :   Corporate
Case No.         :
Case Name        :   Daniel J. Gardner vs. Wal-Mart Stores, Inc.,
                     et al.

**Remit To:**   **Huseby Global Litigation**
                  **P.O. Box 6180**
                  **Hermitage, PA  16148-0922**

Account #: ▇▇▇▇5901  MICR Acct. #: ▇▇▇▇5901  Check No.: 299607
Transaction Type: Check   Amount: $731.64  Date: 11/13/2019
Sequence Number: 8652251749

Front:


Back:



**NORTHWESTERN COURT REPORTERS**
since 1973
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

Minneapolis, MN 55402
Toll Free 1-800-628-7551
Eau Claire, WI 54701
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135287 | 12/13/2019 | 74501 |
| JOB DATE | CASE NUMBER | |
| 12/4/2019 | 4:18-cv-00450 | |

**CASE CAPTION**

Gardner vs. Wal Mart

**TERMS**

Due upon receipt

Mark Goldsmith
Baird Holm, LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068

Electronic Copy of Transcript of:
Kerry Moore — 211.50

**TOTAL DUE >>>** $211.50



PAID DEC 13 2019

Q117574

Tax ID: 39-1180863

Phone: 402-344-0500    Fax: 402-344-0588

*Please detach bottom portion and return with payment.*

Mark Goldsmith
Baird Holm, LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068

Invoice No.   : 135287
Invoice Date : 12/13/2019
**Total Due**   : $ 211.50

Remit To: **Northwestern Court Reporters, Inc.**
          **621 Second Street**
          **Hudson, WI 54016**

Job No.    : 74501
BU ID      : 1-NWCR
Case No.   : 4:18-cv-00450
Case Name  : Gardner vs. Wal Mart



Account #: █████████5901  MICR Acct. #: █████████5901  Check No.: 300139
Transaction Type: Check   Amount: $211.50 Date: 12/16/2019
Sequence Number: 8057664092

Front:



Back:



**ARKANSAS REALTIME REPORTING**
1130 E Millsap Rd
Fayetteville, AR 72703
Fayetteville Office: 479-301-2040
Little Rock Office: 501-725-7963

# INVOICE

Baird Holm, LLP
ATTN: Mark J. Goldsmith
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice Number: 200410
Invoice Date: 11/18/2019

Client Phone: 402.344.0500

In Re: Daniel J. Gardner V. Wal-Mart Stores, INC., et al
Witness(s): Jeff Hammonds
Attendance Date: 11/07/2019, 1:00 p.m.-3:09 p.m.
Reporter: Ronda Brown
Location: Comfort Inn & Suites - 3001 NE 11th St - Bentonville, AR

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 80 | Copy of Transcript | 1.50 | 120.00 |


Q117639

Invoice Total: 120.00

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

Arkansas Realtime Reporting, LLC
CART Providers - Realtime Scribes - Instant Transcripts
(479) 301-2040 (Fayetteville office)
(501) 725-7963 (Little Rock office)
Support@ArkansasRealtimeReporting.com

---

Please Note: No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.


PAID DEC 20 2019





Account #: ▇▇▇▇▇▇▇5901  MICR Acct. #: ▇▇▇▇▇▇▇5901  Check No.: 300197
Transaction Type: Check   Amount: $120.00  Date: 01/03/2020
Sequence Number: 9252612881

Front:

**BAIRD HOLM** LLP
ATTORNEYS AT LAW
1700 Farnam Street
Suite 1500
Omaha, NE 68102

US BANK
Farnam at Seventeenth
Omaha, NE 68102
27-2/1040

Check No.  00300197

Date: December 19, 2019

PAY  One hundred twenty and 00/100******************************************************   $***120.00***

TO THE ORDER OF
Arkansas Realtime Reporting, LLC
1130 E. Millsap Rd.
Fayetteville, AR 72703

Baird Holm LLP - Operating Account

/s/ Karen Smith

Void after 90 days

⑆00300197⑆ ⑈10400029⑈ ▇▇▇▇▇5901⑈

Back:

01022020 000039001706910 082902320



**HUNEY-VAUGHN**
*COURT REPORTERS LTD.*

317 6th Avenue, Suite 200
Des Moines, IA 50309
Phone: 515-288-4910

# INVOICE

BAIRD HOLM LLP
ATTN: Mark Goldsmith
1700 Farnam Street
Suite 1500
Omaha, NE  68102

**Invoice Number:** 107909
**Invoice Date:** 11/20/2019
**Job Number:** 107725

In Re: Gardner vs Walmart
Witness(s): Michael Billups
Attendance Date: 11/11/2019, 1:00 p.m.

Description
Copy of Transcript

**Invoice Total:** 140.40

Payment due upon receipt of invoice.
We appreciate your business.

Tax ID: 42-1431692


Q117822


PAID
JAN - 3 2020

Account #: ▆▆▆▆▆▆5901  MICR Acct. #: ▆▆▆▆▆▆5901  Check No.: 300423
Transaction Type: Check   Amount: $140.40 Date: 01/16/2020
Sequence Number: 8953914940

Front:



Back:

ISN# 501502009301
Date 1/15/2020

PAY TO THE ORDER OF
BANK IOWA
>073920418<
FOR DEPOSIT ONLY
HUNEY-VAUGHN COURT RPTR., LTD
011401

# INVOICE

## *Jonnell Agnew & Associates*
*A Full-Service Litigation Support Company Since 1981*
(626) 568-9854

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116767*** | 1/2/2020 | 82066 |
| **Job Date** | **Case No.** | |
| 12/12/2019 | 4:18-cv-00450 | |
| **Case Name** | | |
| DANIEL J. GARDNER VS. WAL-MART STORES, INC. | | |
| **Payment Terms** | | |
| Advanced Deposit Required/C.O.D. Account | | |

Mark Goldsmith, Esq.
Baird Holm
1700 Farnam Street, Suite 1500
Omaha, NE  68102

---

DENNIS PIPER

| | | | | |
|---|---|---|---|---|
| Copy Order - Minimum | 1.00 | @ | 175.00 | 175.00 |
| Production & Litigation Resources | 1.00 | @ | 40.00 | 40.00 |
| Shipping & Handling | 1.00 | @ | 60.00 | 60.00 |
| | | **TOTAL DUE >>>** | | **$275.00** |

THANK YOU FOR YOUR REQUEST OF A CERTIFIED TRANSCRIPT.

PLEASE CONTACT OUR OFFICE TO MAKE PAYMENT ARRANGEMENTS IN ORDER TO HAVE TRANSCRIPT DELIVERED TO YOU TIMELY.

DIGITAL FILES AVAILABLE 24/7 THROUGH AGNEW WEB REPOSITORY
Contact our office to get your login information.



PAID JAN 1 7 2020



Q117972

**Tax ID:** 95-3874075                                   Phone: 402-344-0500   Fax:402-344-0588

---

*Please detach bottom portion and return with payment.*

Mark Goldsmith, Esq.
Baird Holm
1700 Farnam Street, Suite 1500
Omaha, NE  68102

| | | | | |
|---|---|---|---|---|
| Job No. | : 82066 | | BU ID | : JA |
| Case No. | : 4:18-cv-00450 | | | |
| Case Name | : DANIEL J. GARDNER VS. WAL-MART STORES, INC. | | | |
| Invoice No. | : 116767*** | | Invoice Date | : 1/2/2020 |
| **Total Due** | : **$275.00** | | | |

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Jonnell Agnew & Associates**
            **50 North Hill Avenue, Suite 202**
            **Pasadena, CA  91106**

Account #: ▮▮▮▮▮5901   MICR Acct. #: ▮▮▮▮▮5901   Check No.: 300578
Transaction Type: Check   Amount: $275.00 Date: 01/30/2020
Sequence Number: 8953996929

Front:


Back:

# STATEMENT

1 of 1

Deposition Resources, Inc.
515 N Church St
Palestine, TX 75801
Phone: 903-729-3289  Fax: 903-727-0986

| Account No. | Date |
|---|---|
| C1253 | 4/2/2020 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $334.10 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$334.10** |

Mark Goldsmith
Baird Holm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case |
|---|---|---|---|---|---|
| 2/7/2020 | 1229 | 334.10 | 1/14/2020 | James Richard Turner, Jr. | Daniel J. Gardner vs. Wal-Mart Stores, Inc., et al. |

**Tax ID:** 03-0477720

*Please detach bottom portion and return with payment.*

Mark Goldsmith
Baird Holm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102

Account No. : C1253
Date : 4/2/2020

**Total Due** : **$334.10**

Remit To: **Deposition Resources, Inc.**
**515 N Church St**
**Palestine, TX 75801**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: